**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 2:26-cr-16(5)** |
| **Plaintiff,** | : | |
| | : | **Judge Algenon L. Marbley** |
| **v.** | : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **ROBERT PHILLIPS,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation that the Court accept Defendant Robert Phillips's guilty plea. (ECF No. 133). No objections have been made to the Report and Recommendation, and the deadline for objections elapsed on August 27, 2026. (*Id.* at 3). After reviewing the Report and Recommendation, the Court **ACCEPTS** the Defendant's guilty plea to Count 11 of the Indictment, Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). He is hereby **ADJUDGED GUILTY** on these Counts.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: September 4, 2026**